■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS CABRERA, Appellant. [782 NYS2d 646]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (McDonald, J.), rendered February 26, 2002, convicting him of possession of burglar's tools, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Although the prosecutor improperly questioned the defendant regarding a third person's uncharged crime, the trial court providently exercised its discretion in denying the defendant's motion for a mistrial. The trial court's curative instruction alleviated any prejudice to the defendant (*see People v Santiago,* 52 NY2d 865 [1981]; *People v Torres,* 302 AD2d 411 [2003]; *People v Hernandez,* 240 AD2d 759 [1997]; *People v Caban,* 224 AD2d 705 [1996]). Florio, J.P., Luciano, Schmidt and Rivera, JJ., concur.